MACKAY v. UINTA DEVELOPMENT CO.

STEWART–HARDING SHEEP CO. v. UINTA DEVELOPMENT CO.

(two cases).

(Circuit Court of Appeals, Eighth Circuit. November 10, 1914.)

Nos. 3412–3414.

In Error to the Circuit Court of the United States for the District of Wyoming.

Actions at law by the Uinta Development Company against Daniel Mackay and against the Stewart-Harding Sheep Company. Judgments for plaintiff and defendants bring error. Reversed.

Barnard J. Stewart, of Salt Lake City, Utah, for plaintiffs in error.

John W. Lacey, of Cheyenne, Wyo. (T. S. Taliaferro, of Rock Springs, Wyo., and Herbert V. Lacey, of Cheyenne, Wyo., on the brief), for defendant in error.

Before SANBORN and HOOK, Circuit Judges, and POPE, District Judge.

HOOK, Circuit Judge. The controlling features of these cases are like those of John C. Mackay v. Uinta Development Co., 219 Fed. 116, 135 C. C. A. 18, just decided. The same conclusion accordingly follows.

SANBORN, Circuit Judge, dissents.